IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:11-cr-04004-FJG-3 |
| | ) | |
| LORENZO CARBAJAL PINA, | ) | |
| | ) | |
| Defendant. | ) | |

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation (Doc. #60 filed June 28, 2011) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to Counts 1 and 6 of the Superseding Indictment filed March 17, 2011, is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

    /s/ Fernando J. Gaitan, Jr.
Fernando J. Gaitan, Jr.
Chief United States District Judge

Dated: July 18, 2011
Kansas City, Missouri